*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire (IB 4082)**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002-2977**
**(609) 663-5002**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## (Camden)

| | |
|---|---|
| **IN RE:**<br><br>**DANIEL TORRES**<br><br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No. 08-20954 (GMB)<br><br>*NOTICE OF MOTION FOR AN ORDER DISGORGING FUNDS PAID TO DANIEL TORRES*<br><br>*RETURNABLE: April 21, 2010 @ 10 am* |

TO:  Daniel Torres                     Wizmur & Finberg
     735 Dartmoor Avenue               Evesham Commons Suite 200
     Williamstown, NJ 08094            525 Route 73 South
                                       Marlton, NJ 08053

     U.S. Department of Justice
     Office of the United States Trustee
     Region 3
     One Newark Center, Suite 2100
     Newark, NJ 07102

Isabel C. Balboa, Chapter 13 Standing Trustee, has filed papers with the Court for an Order Disgorging Funds Paid to Daniel Torres in the instant Chapter 13 bankruptcy case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought or you want the court to consider your views on the motion, then on or before April 14, 2010,

1. You or your attorney must file a written answer, explaining your position at:

    BANKRUPTCY COURT CLERK
    P.O. BOX 2067
    CAMDEN, NJ 08102-1104

2. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

3. You must also mail a copy to:

    ISABEL C. BALBOA
    CHAPTER 13 STANDING TRUSTEE
    CHERRY TREE CORPORATE CENTER
    535 ROUTE 38, SUITE 580
    CHERRY HILL, NJ 08002

4. You must also attend the hearing scheduled for April 21, 2010 at 10:00 a.m. in the courtroom of JUDGE BURNS, MITCHELL H. COHEN FEDERAL COURTHOUSE, 1 JOHN F. GERRY PLAZA, 4TH & COOPER STREETS, 4TH FLOOR, COURTROOM 4C, CAMDEN, NJ, 08102-1104.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter the order granting relief.

Date:   March 22, 2010                                          By:   /s/ Isabel C. Balboa

                                                                      Isabel C. Balboa
                                                                      Standing Trustee