Order Filed on
4/21/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Office of the Chapter 13 Standing Trustee

Isabel C. Balboa, Esquire (IB-4082)

535 Route 38, Suite 580

Cherry Hill, NJ 08002

(856) 663-5002

In Re:

    DANIEL TORRES

Case No.    08-20954

Adv. No.

Hearing Date: April 21, 2010 @ 10 am

Judge:    Judge Gloria M. Burns

Daniel Torres

**ORDER DISGORGING FUNDS PAID TO** ~~**CHASE HOME FINANCE**~~

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 4/21/2010**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

**(Page 2)**

Debtor:     Daniel Torres

Case No:     08-20954 (GMB)

Order Disgorging Funds Paid to Daniel Torres

---

    This matter having been brought before the Court on a Motion by Isabel C. Balboa, Chapter 13 Standing Trustee, for an Order Disgorging Funds Paid to Daniel Torres in the amount of $4, 374.00 with regard to the above-captioned bankruptcy, and the Court having considered the moving papers, and for good cause being shown:

    IT IS FURTHER ORDERED that Daniel Torres disgorge and return to Isabel C. Balboa, Chapter 13 Standing Trustee, the amount of $4,374.00 within fifteen (15) days of the date of service of this Order.

*Approved by Judge Gloria M. Burns April 21, 2010*